**STATE of Missouri, Respondent,**

v.

**Fred L. MORRISON, Appellant.**

**No. WD 39727.**

Missouri Court of Appeals, Western District.

May 3, 1988.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 28, 1988.

Richard Helfand of Panethiere & Helfand, and Charles A. Gallipeau, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, C.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for two counts of robbery, first degree, in violation of § 569.020, RSMo 1986, and two

counts of armed criminal action, in violation of § 571.015.1, RSMo 1986.

Judgment affirmed. Rule 30.25(b).